IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PETE'S FRESH MARKET 4700
CORPORATION DBA PETE'S
FRESH MARKET,                          )
                                       )
          Plaintiff,                   )
                                       )
vs.                                    )     Case No.  21-cv-00863-JPG
                                       )
CP LEASING, INC. D/B/A PETE'S          )
MARKET, PETE PATEL, AND CHIRAG         )
PATEL                                  )
                                       )
                                       )
          Defendants.                  )

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Motion for Order to Hear Oral Argument (Doc. 34). Plaintiff responded at Doc. 40. Oral argument unnecessary if the Court has "received sufficient briefing on these issues." *Fields v. Alcon Lab'ys, Inc*., No. 313CV00197DRHDGW, 2014 WL 1041191, at *1 (S.D. Ill. Mar. 18, 2014). The Court reviewed Defendants' Motion to Dismiss (Doc. 25), the Memorandum in Support regarding the Motion to Dismiss (Doc. 26), and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (Doc. 32). The Court believes that the oral argument is unnecessary because these issues have been sufficiently briefed. The Court, having this matter under advisement, will rule on the pending motion based on the briefing submitted by the parties. The Court hereby DENIES Defendants' Motion for Order to Hear Oral Argument (Doc. 34).

**IT IS SO ORDERED.**
**Dated: March 7, 2022**

**/s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**DISTRICT JUDGE**