UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETE'S FRESH MARKET 4700 CORPORATION DBA PETE'S FRESH MARKET<br><br>      Plaintiff,<br><br>    v.<br><br>CP LEASING, INC. D/B/A PETE'S MARKET, PETE PATEL, AND CHIRAG PATEL<br><br>      Defendants. | Case No. 3:21-cv-863-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Motion for Leave to File Answer to Plaintiff's Complaint. In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The Federal Rules dictate that "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  Plaintiff does not oppose Defendant's Motion for Leave to File an answer and the time for doing so has passed. The Court GRANTS Defendants' Motion for Leave to File an Answer (Doc. 55).  Defendants are ORDERED to file its Answer to Plaintiff's Complaint within 7 days entry of this Order.

**IT IS SO ORDERED.**
**DATED:  September 6, 2022**

                              /s/  J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **U.S. DISTRICT JUDGE**