UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PETE'S FRESH MARKET 4700 CORPORATION,

    Plaintiff,

    v.

PETE PATEL, et al.,

    Defendants.

Case No. 21-cv-863 JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 95). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case. The Court DENIES all motions pending in this case as moot and VACATES all court dates in this case.

DATED: 7/16/2024

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE